People v Abraham (2022 NY Slip Op 50601(U))

[*1]

People v Abraham (Austin)

2022 NY Slip Op 50601(U)

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through July 8, 2022; it will not be published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E. GOLIA, JJ

2019-1322 K CR

The People of the State of New York, Respondent, 
against
Austin Abraham, Appellant. 

Opinion withdrawn from online only publication under 2022 NY Slip Op 50601(U) by the State Reporter. This opinion will be published at 
2022 NY Slip Op 
50600(U).